LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
1420 E. Cooley Dr., Suite 100
Colton, California 92324
Telephone: (909) 796-4560
Facsimile: (909) 796-3402
E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | | |
|---|---|---|
| BARBARA MARIE ANDERSON, | ) | No. SACV 16-01686 AFM |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER AWARDING |
| | ) | EAJA FEES |
| v. | ) | |
| | ) | |
| NANCY A. BERRYHILL, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO

THOUSAND ONE HUNDRED NINETY DOLLARS AND 32/100 ($2,190.32)

subject to the terms of the stipulation.

DATE: 9/8/2017

_____

ALEXANDER F. MACKINNON
UNITED STATES MAGISTRATE JUDGE